# EXHIBIT B

STATE OF VERMONT

VERMONT SUPERIOR COURT  CIVIL DIVISION
CHITTENDEN UNIT  DOCKET NO. 22-CV-00615

HOLLY COTA,
    Plaintiff,

v.

Performance Food Group, Inc.; and
Performance Transportation, LLC;
    Defendants.

## SUMMONS

**THIS SUMMONS IS DIRECTED TO PERFORMANCE TRANSPORTATION, LLC**

1. **YOU ARE BEING SUED.** The Plaintiffs have started a lawsuit against you. The Plaintiffs' Complaint against you is attached to this summons. Do not throw these papers away. They are official papers that affect your rights.

2. **YOU MUST REPLY WITHIN 20 DAYS TO PROTECT YOUR RIGHTS.**
You must give or mail Plaintiffs a **written response** called an Answer within 20 days of the date on which you receive this Summons. You must send a copy of your Answer to the Plaintiffs' attorney located at:

    SARA MORAN, ESQ.
    AFFOLTER GANNON
    15 BRICKYARD ROAD
    ESSEX JUNCTION, VT 05452

You must also give or mail your Answer to the Court located at:

    Jill Mongeon, COM
    Chittenden Civil Division
    175 Main Street
    P.O. Box 187
    Burlington, VT 05402

3. **YOU MUST RESPOND TO EACH CLAIM.** The Answer is your written response to the Plaintiffs' Complaint. In your Answer you must state where you agree or disagree with each paragraph of the Complaint. If you believe the Plaintiffs should not be given everything asked for in their Complaint you must say so in your Answer.

4. **YOU WILL LOSE YOUR CASE IF YOU DO NOT GIVE YOUR WRITTEN**

**ANSWER TO THE COURT.** If you do not Answer within 20 days and file it with the Court, you will lose this case. You will not get to tell your side of the story, and the Court may decide against you and award the Plaintiffs everything asked for in the Complaint.

5. **YOU MUST MAKE ANY CLAIMS AGAINST THE PLAINTIFFS IN YOUR REPLY.** Your Answer must state any related legal claims you have against the Plaintiffs. Your claims against the Plaintiffs are called Counterclaims. If you do not make your Counterclaims in writing in your Answer, you may not be able to bring them up at all. Even if you have insurance and the insurance company will defend you, you must still file any Counterclaims you may have.

6. **LEGAL ASSISTANCE.** You may wish to get legal help from a lawyer. If you cannot afford a lawyer, you should ask the court clerk for information about places where you can get free legal help. **Even if you cannot get legal help, you must still give the Court a written Answer to protect your rights or you may lose the case.**

7. **NOTICE OF APPEARANCE FORM. The Court needs to know how to reach you so that you will be informed of all matters relating to your case.** If you have not hired an attorney and are representing yourself, in addition to filing the required answer it is important that you file the Notice of Appearance form attached to this summons, to give the Court your name, mailing address and phone number (and email address, if you have one). You must also mail or deliver a copy of the form to the lawyer or party who sent you this paperwork, so that you will receive copies of anything else they file with the Court.

_____  
Sara Moran, Esq.  
Attorney for the Plaintiff

Served on __6/1/22__  
             Date

5/31/22  
Dated

_____  
Sheriff

STATE OF VERMONT

| | |
|---|---|
| VERMONT SUPERIOR COURT<br>CHITTENDEN UNIT | CIVIL DIVISION<br>DOCKET NO. *tba* |

HOLLY COTA,
    Plaintiff,

v.

Performance Food Group, Inc.; and
Performance Transportation, LLC;
    Defendants.

**COMPLAINT AND JURY DEMAND**

The Plaintiff, Holly Cota, by and through counsel, Sara Moran, Esq. of Affolter Gannon, 15 Brickyard Road in Essex Junction, Vermont, complains as follows:

1. Holly Cota is a resident of the Town of Williston, County of Chittenden and State of Vermont.

2. Performance Food Group, Inc. is a foreign corporation with its principal place of business located at 12500 W Creek Pkwy, Richmond, VA, 23238 – 1110 and it is registered with the Vermont Secretary of State and doing business in Vermont.

3. Performance Transportation, LLC is a foreign corporation with its principal place of business located at 12500 W Creek Pkwy, Richmond, VA, 23238 – 1110 and it is registered with the Vermont Secretary of State and doing business in Vermont.

4. On February 22, 2019, Miliki Fisher, in the course of his employment duties on behalf of Defendants was involved in a motor vehicle accident in South Burlington, Vermont.

5. Miliki Fisher negligently changed lanes and struck a vehicle in which Plaintiff Holly Cota was a passenger.

Affolter Gannon | 15 Brickyard Road, Essex Junction, VT  05452 | (802) 877-2797 | (802) 878-6269 (Fax)

6. As a direct and proximate result of Miliki Fisher's negligence, Holly Cota sustained damages including but not limited to physical injury, past and future medical costs, lost income, past and future pain and suffering, mental pain and anguish, and lost quality of life.

7. Defendants are vicariously liable for the Plaintiff's damages arising from the negligent actions of Miliki Fisher.

**JURY DEMAND**

The Plaintiff demands a trial by jury.

WHEREFORE, the Plaintiff requests she be awarded compensatory damages, interest and costs of litigation.

DATED at Essex Junction, Vermont this 22nd day of February, 2022.

          HOLLY COTA, Plaintiff

By:    /s/ Sara Moran, Esq.
       Sara Moran, Esq.
       Affolter Gannon
       15 Brickyard Road
       Essex Junction, VT 05452
       (802) 878-2797
       smoran@vermontlawyers.net

**STATE OF VERMONT**

**SUPERIOR COURT**  
Chittenden ☑ Unit

_____ **DIVISION**

Docket No.: **22-CV-00615**

| *Plaintiff(s)* | VS. | *Defendant(s)* |
|---|---|---|
| Holly Cota | | Performance Food Group, Inc. et al |

**NOTICE OF APPEARANCE**  
**For Self-Represented Litigant**

I am the:  ☐ Plaintiff  ☐ Defendant  in this case.

I will represent myself and, in addition to filing the required answer, I hereby enter my appearance with the court. If I decide to be represented by an attorney in the future, either my attorney or I will notify the court of the change.

In representing myself, I understand that I **MUST**:

**1. Notify the court in writing of any changes in my address, phone number, or email address.**
**2. Give or send copies of any papers I file with the court to every other party in this case. If another party has an attorney, I will give or send copies to that party's attorney.**
**3. File a certificate of service with the court swearing that I have sent the papers I am filing to all parties. I understand that I can find that form on the Vermont Judiciary website or at the court house.**

**All court papers may be mailed to me by first class mail at the address listed below.**

| My Street Address | | | My Mailing Address (if different) | | |
|---|---|---|---|---|---|
| *Name* | | | *Name* | | |
| *Address* | | | *Address* | | |
| *Town/City* | *State* | *Zip* | *Town/City* | *State* | *Zip* |
| *Phone Number (day)* | | | *Phone Number (day)* | | |
| *Email Address* | | | *Email Address* | | |

*Dated*                                *Signature*

                                       *Printed Name*